LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (State Bar No. 215888)
*brandon@bblocklaw.com*
433 North Camden Drive, Suite 600
Beverly Hills, California 90210
Telephone: 310.887.1440
Facsimile: 310.496.1420

Attorneys for Plaintiff
THOMAS BALLENGER

[*Additional counsel on signature page*]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BALLENGER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEL MAR RECOVERY SOLUTIONS, INC., a California corporation; ABA RECOVERY SERVICE, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 17-CV-2294-L(WVG)<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Thomas Ballenger and defendants Del Mar Recovery Solutions, Inc. and Repossession Specialists, Inc. dba ABA Recovery Service have reached a settlement in the above-captioned case. A written settlement agreement will be circulated between the parties for review and approval.

1

The parties anticipate filing a Stipulation of Dismissal of this entire action within the next 45 days. The parties respectfully request that all currently-scheduled conferences in this action be vacated in light of the settlement.

Dated: May 31, 2018

LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION

By: ____/s Brandon A. Block_____
Brandon A. Block
Attorneys for Plaintiff THOMAS
BALLENGER
Email: brandon@bblocklaw.com

Dated: May 31, 2018

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ____/s James M. Golden_____
James M. Golden
Attorneys for Defendants DEL MAR
RECOVERY SOLUTIONS, INC.and
REPOSSESSION SPECIALISTS, INC.
dba ABA RECOVERY SERVICE
(erroneously sued and served as ABA
RECOVERY SERVICE, INC.)
Email: James.Golden@lewisbrisbois.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case filing Administrative Policies and Procedures Manual, I hereby certify that the content of this pleading is acceptable to James M. Golden, counsel for defendants, and that I have obtained Mr. Golden's authorization to affix his electronic signature to this pleading.

By: ____/s Brandon A. Block_____
Brandon A. Block
Attorneys for Plaintiff THOMAS
BALLENGER
Email: brandon@bblocklaw.com