LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (State Bar No. 215888)
*brandon@bblocklaw.com*
433 North Camden Drive, Suite 600
Beverly Hills, California 90210
Telephone: 310.887.1440
Facsimile: 310.496.1420

Attorneys for Plaintiff
THOMAS BALLENGER

[*Additional counsel on signature page*]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BALLENGER,<br><br>    Plaintiff,<br><br>vs.<br><br>DEL MAR RECOVERY SOLUTIONS, INC., a California corporation; ABA RECOVERY SERVICE, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 17-CV-2294-L(WVG)<br><br>**JOINT MOTION TO DISMISS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Thomas Ballenger, defendant Del Mar Recovery Services, Inc. and defendant ABA Recovery Service, Inc., by and through their counsel of record, jointly move the Court to dismiss this entire action with prejudice, with the parties to bear their own fees and costs.

                                        Respectfully submitted,

Dated: July 9, 2018                LAW OFFICES OF BRANDON A. BLOCK
                                        A PROFESSIONAL CORPORATION

                                        By:    /s Brandon A. Block
                                                  Brandon A. Block
                                                  Attorneys for Plaintiff THOMAS BALLENGER
                                                  Email: brandon@bblocklaw.com

Dated: July 9, 2018                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        By:    /s James M. Golden
                                                  James M. Golden
                                                  Attorneys for Defendants DEL MAR RECOVERY SOLUTIONS, INC. and REPOSSESSION SPECIALISTS, INC. dba ABA RECOVERY SERVICE (erroneously sued and served as ABA RECOVERY SERVICE, INC.)
                                                  Email: James.Golden@lewisbrisbois.com

2
JOINT MOTION TO DISMISS ACTION – CASE NO. 17-CV-2294-L(WVG)

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case filing Administrative Policies and Procedures Manual, I hereby certify that the content of this pleading is acceptable to James M. Golden, counsel for defendants, and that I have obtained Mr. Golden's authorization to affix his electronic signature to this pleading.

By:    /s Brandon A. Block
Brandon A. Block
Attorneys for Plaintiff THOMAS BALLENGER
Email: brandon@bblocklaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the attached document has been served on July 9, 2018 on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct, and that this proof of service was executed on July 9, 2018 at Beverly Hills, California.

/s Brandon A. Block
Brandon A. Block