UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BALLENGER,<br><br>         Plaintiff,<br><br>v.<br><br>DEL MAR RECOVERY SOLUTIONS, INC., et al.<br><br>         Defendants. | Case No.: 3:17-cv-02294-L-WVG<br><br>**ORDER GRANTING JOINT MOTION [Doc. 28] TO DISMISS** |

  Pursuant to the Parties' joint motion to dismiss under Fed. R. Civ. P. 41, the Court hereby dismisses this action with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  July 10, 2018

_____
Hon. M. James Lorenz
United States District Judge